Case 5:23-cv-00043-OLG   Document 5   Filed 01/27/23   Page 1 of 2

FILED
January 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                   DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICARDO RIOS JR and RIGON LLC<br>Plaintiffs<br><br>VS.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB AND<br>SELECT PORTFOLIO SERVICING, INC.;<br>DE CUBAS & LEWIS. SCHWARTZ, P.C., as<br>substitute. Trustee<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 5:23-cv-00043-OLG |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Agreed Stipulation of Dismissal With Prejudice. The premises considered; now therefore, it is ORDERED that all claims and causes of action brought by Plaintiffs, Ricardo Rios Jr. and Rigon LLC ("**Plaintiffs**") herein against Defendants, Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2021-NQM6 Trust, a Delaware statutory trust incorrectly named Wilmington Savings Fund Society FSB ("**Trustee**") and Select Portfolio Servicing, Inc. ("**SPS**") (both are collectively "**Defendants**") are hereby dismissed with prejudice to re-filing same or any part thereof.

SIGNED this __27th__ day of __January__, 2023.

_[signature]_

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

Respectfully submitted,

By:  */s/* Chris A. Garcia
    Chris A. Garcia
    Texas Bar No: 24090110
    104 Babcock Rd, Suite 107
    San Antonio, TX 78201
    chris@gutierrezfirm.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

By:  /s/ Michael F. Hord Jr.
    Michael F. Hord, Jr.
    Texas Bar No. 00784294
    Eric C. Mettenbrink
    Texas Bar No. 24043819
    Hirsch & Westheimer, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    (713) 220-9182 Telephone
    (713) 223-9319 Facsimile
    mhord@hirschwest.com
    emettenbrink@hirschwest.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANTS**